**William Allen LEGG, Plaintiff–Appellant,**

v.

**STAFF MAX, Defendant–Appellee.**

**Nos. 02–1504, 02–1963.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 30, 2002.

William Allen Legg, Appellant Pro Se.

Before WILLIAM D. WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William Allen Legg seeks to appeal the district court's orders dismissing his discrimination complaint. We dismiss the appeals for lack of jurisdiction, because the notices of appeal were not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The most recent order of the district court in this case was entered on the docket on January 22, 2002. Legg's notices of appeal were filed on May 7 and August 20, 2002. Because Legg failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*